```
_____ FILED _____ LODGED
            _____ RECEIVED
```

Feb 19, 2020

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIELA P. COHN-AIZIC,<br><br>Defendant. | No. CR20- 5081<br><br>INFORMATION<br>(Misdemeanor) |

The United States Attorney charges that:

On or about October 26, 2019, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, DANIELA P. COHN-AIZIC, did take and carry away with intent to steal and purloin property of the United States government located at the Joint Base Lewis-McChord Main Exchange, of a value not in excess of One Thousand Dollars ($1,000.00).

///

///

INFORMATION
United States v. DANIELA P. COHN-AIZIC
pg. 1

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1916 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil

All in violation of 18 U.S.C. §§ 7 and 641.

DATED this 18th day of February, 2020.

BRIAN T. MORAN
United States Attorney

BRANDEN R. NETHKEN
Special Assistant United States Attorney

INFORMATION
United States v. DANIELA P. COHN-AIZIC
pg. 2

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1916 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil